ROBERT I. BUCHHOLZ, Respondent, *v.* UNITED STATES FIRE INSURANCE COMPANY, Appellant.

Submitted April 20, 1945; decided May 17, 1945.

*David A. Ticktin* for motion.

*Benj. Shiverts* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.